UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| CIG INTERNATIONAL, LLC, | : | CIVIL ACTION NO. 05-5433 (MLC) |
| Plaintiff, | : | **MEMORANDUM OPINION** |
| v. | : | |
| OAKSHIRE GROUP LLC, et al., | : | |
| Defendants. | : | |

**THE COURT** having ordered the parties to show cause why the complaint should not be dismissed for lack of jurisdiction under 28 U.S.C. § 1332 (dkt. entry no. 2); and the plaintiff's counsel contacting the Court on the morning of January 5, 2006, and advising that the parties have settled their dispute (1-5-06 Telephone Call by Cory Mitchell Gray); and thus the Court intending to (1) vacate the order to show cause, and (2) dismiss the complaint without prejudice to reopen if the settlement is not consummated; and the parties being advised — in order to protect their interests — they may still submit a stipulation of dismissal in this action, even though the action will be marked as closed by the Clerk of the Court; and for good cause appearing, the Court will issue an appropriate order and judgment.

                                                  s/ Mary L. Cooper
                                                **MARY L. COOPER**
                                                United States District Judge